## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**STEVE LYNN CONLEE**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 3:13CV00109-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

### JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following

oral argument by counsel at a hearing held on May 23, 2014, it is CONSIDERED,

ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting

Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is

entered in favor of the Commissioner.

So ordered, this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE